In the Matter of the Judicial Settlement of the Accounts of Ernest A. Agens, as Executor, etc., of John R. Agens, Deceased, Appellant. Thomas Chamberlain, Respondent.— Decree affirmed, with costs to the respondent payable out of the estate. All concurred.

Greenleaf S. Van Gorder, Respondent, v. Frederick D. Helmer, as Executor, etc., of John D. Helmer, Deceased, Appellant.— Judgment reversed and new trial ordered, with costs to the appellant to abide event. Held, that the facts and circumstances disclosed by the evidence made the question of the genuineness of the note one of fact, which ought to have been submitted to the jury. All concurred; Williams, J., in result only.

Martin J. Doyle, Individually and as Administrator, etc., of Mary T. Doyle, Deceased, Respondent, v. Patrick H. Carney, Executor, etc., of Bridget Hayden, Deceased, Appellant.— Judgment and order affirmed, with costs. All concurred, except Williams and Nash, JJ., who dissented upon the ground that the court had no power to grant the amendment bringing in a new party to the action, and upon the further ground that, having brought in such party, the court had no right to make the certificate which granted costs against the defendant executor, for the reason that as to the new party no claim was ever presented or rejected, and could not, therefore, have been unreasonably resisted.

William H. Vance, Appellant, v. Adelbert Campbell, Respondent.— Judgment affirmed, with costs. All concurred.

Thomas F. Mahon, Appellant, v. The Continental Insurance Company, Respondent, Impleaded with the Mutual Life Insurance Company of New York, — Judgment and order affirmed, with costs. All concurred.

Ida Shomers, Appellant, v. Charles F. Rossow and Others, Respondents.— Judgment reversed and new trial ordered, with costs to the appellant to abide the event. Held, that the evidence offered by the plaintiff as to the price for which he* subsequently sold his* remaining property was competent, and its exclusion reversible error. All concurred.

Eliza Landau, Appellant, v. The New York Central and Hudson River Railroad Company, Respondent. — Judgment and order affirmed, with costs. All concurred, except Nash and Kruse, JJ., who dissented upon the ground that the court permitted an improper cross-examination of the plaintiff as to her occupation.

Vittorio Ciciarelli, an Infant, by Salvatorio Ciciarelli, His Guardian ad Litem, Respondent, v. Frazer and Jones Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

Richard Whalen, Respondent, v. Clayton E. Thayer, Appellant.— Judgment affirmed, with costs. All concurred.

Florence S. Sherwood, Appellant, v. German Alliance Insurance Company and German American Insurance Company, Respondents.— Judgment affirmed, with costs. All concurred.

James S. McGlennon, Respondent, v. Chase Brothers Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

Daniel H. Bacher, Appellant, v. Louise Bacher and Others, Defendants. Peter J. Rahm, Purchaser, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Nicholas C. Fries, Appellant, v. John P. Fries and Others, Respondents.— Motion to dismiss appeal denied upon condition that within ten days from the service of a copy of this order, together with notice of entry, the appellant perfect his appeal as to the adult defendants by filing notice thereof with the clerk of Livingston county, and also perfect his appeal as to the infant defendants, leave to so perfect the appeal herein as of the date of service of notice thereof on the adult defendants being hereby granted, upon payment of ten dollars costs of this motion to the moving parties.

Addie E. Allen, Appellant, v. Albert H. Pierson and Others, Respondents.— Judgment of Court of Appeals made the judgment of this court. Application for additional allowance of costs denied. Appeal from final judgment entered

*Sic.*